# Third District Court of Appeal

## State of Florida

Opinion filed July 26, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1168
Lower Tribunal No. 19-25728

————————————

**Maximo Perez, et al.,**
Appellants,

vs.

**Deutsche Bank National Trust Company, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Dennis A. Donet, P.A., and Dennis A. Donet, for appellants.

McGlinchey Stafford, and William L. Grimsley and Kimberly Held Israel (Jacksonville), for appellee.

Before LOGUE, C.J., and HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed. Bradshaw-Jackson v. Bank of N.Y. Mellon, 354 So. 3d 632 (Fla. 3d DCA 2023).